| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Randolph R. Ramirez,<br>RANDOLPH ROGER RAMIREZ PC<br>1613 Chelsea Road NO186<br>San Marino, CA 91108<br>Tel: 626-765-5411<br>Fax: 626.784.0480<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ☑ ||
| In re:<br><br>ROSE R RAMREZ<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2-18-bk-19952-NB<br>CHAPTER: 13 |
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>**[11 U.S.C. § 521(a)(1)(B)(iv)]**<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (*Check only ONE box below*):**

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/08/2018    Rose R. Ramirez    _/s/ Rose Ramirez_
                    Printed name of Debtor 1        Signature of Debtor 1

___

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                              Printed name of Debtor 2                           Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                  Page 2                                  F 1002-1.EMP.INCOME.DEC

# STATE OF CALIFORNIA

DIRECT DEPOSIT NUMBER 99549722

## DIRECT DEPOSIT ADVICE

The amount printed on the face of this advice was transmitted to an account at bank 122238200 from the IN-HOME SUPPORTIVE SVCS (IHSS) CMIPSII

08/22/18

IH (36 08)
RAMIREZ, ROSE
108 PRAIRIE DR
SAN DIMAS, CA  91773-1111

$*****364.41

**NOT NEGOTIABLE**

002431596
PAYEE IDENTIFICATION NUMBER(S)

When changing accounts or financial institutions, notify your retirement system or agency accounting office immediately. Do not close your old account until you have received your first payment in your new account.



**BETTY T. YEE**
CALIFORNIA STATE CONTROLLER

ISSUE DATE: 08/22/18    Please contact your local IHSS county office for PAYMENT questions.

| Recipient | MONTES SANDRA E | | ID# 1368294 | |
|---|---|---|---|---|
| Payee/Provider | RAMIREZ ROSE | | ID# 002431596 | |
| Service Period: 08/01/18 to 08/15/18 | | Timesheet # | 4041108950 | 36 08 |

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Process Date: | 08/17/18 | | Federal | 27.48 | 384.91 |
| Pay Rate: | $ 11.00 | | Addt Federal | .00 | .00 |
| Hours Submitted | H 039 | M 00 | State | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | Addt State | .00 | .00 |
| Total Hours Paid | H 039 | M 00 | FICA | 26.60 | 380.77 |
| Travel Hours | H 000 | M 00 | Medicare | 6.22 | 89.05 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 4.29 | 61.41 |
| Sick Leave Hours | H 000 | M 00 | Share of Cost | .00 | .00 |
| | | | Recovery | .00 | .00 |
| | Current | YTD | Lien | .00 | .00 |
| Regular * | 429.00 | 6141.48 | Health | .00 | .00 |
| Adjustment | .00 | .00 | Dues | .00 | 153.41 |
| Travel | .00 | .00 | Health Trust | .00 | .00 |
| Overtime | .00 | .00 | COPE/PEOPLE | .00 | .00 |
| Sick Leave | .00 | .00 | Initiation | .00 | .00 |
| Total Gross | 429.00 | 6141.48 | Other Insurance | .00 | .00 |
| Net Pay | 364.41 | 5071.93 | | | |

| | Sick Leave | Avail | Paid | Total Deductions | 64.59 | 1069.55 |
|---|---|---|---|---|---|---|
| Fiscal Year 2018-2019 | | 00:00 | 00:00 | | | |

* Includes Overtime Hours at regular rate.

# STATE OF CALIFORNIA
## DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER
99129960

The amount printed on the face of this advice was transmitted to an account at bank 122238200 from the IN-HOME SUPPORTIVE SVCS (IHSS) CMIPSII

08 | 06 | 18

IH (36 08)
RAMIREZ, ROSE
108 PRAIRIE DR
SAN DIMAS, CA  91773-1111

DOLLARS | CENTS
$*****345 | 37

**NOT NEGOTIABLE**

002431596
PAYEE IDENTIFICATION NUMBER(S)

When changing accounts or financial institutions, notify your retirement system or agency accounting office immediately. Do not close your old account until you have received your first payment in your new account.



**BETTY T. YEE**
CALIFORNIA STATE CONTROLLER

ISSUE DATE: 08/06/18

Please contact your local IHSS county office for PAYMENT questions.

| Recipient | MONTES SANDRA E | | ID# 1368294 | |
|---|---|---|---|---|
| Payee/Provider | RAMIREZ ROSE | | ID# 002431596 | |
| Service Period: 07/16/18 to 07/31/18 | | | Timesheet # 4040286889 | 36 08 |

| Process Date: 08/01/18 | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Pay Rate: $ 11.00 | | | Federal | 28.12 | 357.43 |
| Hours Submitted | H 039 | M 35 | Addt Federal | .00 | .00 |
| Hours Not Paid | H 000 | M 00 | State | .00 | .00 |
| | | | Addt State | .00 | .00 |
| Total Hours Paid | H 039 | M 35 | FICA | 26.99 | 354.17 |
| Travel Hours | H 000 | M 00 | Medicare | 6.31 | 82.83 |
| Overtime Hours | H 000 | M 00 | SDI/DIEC | 4.35 | 57.12 |
| Sick Leave Hours | H 000 | M 00 | Share of Cost | .00 | .00 |
| | Current | YTD | Recovery | .00 | .00 |
| Regular * | 435.42 | 5712.48 | Lien | .00 | .00 |
| Adjustment | .00 | .00 | Health | .00 | .00 |
| Travel | .00 | .00 | Dues | 24.28 | 153.41 |
| Overtime | .00 | .00 | Health Trust | .00 | .00 |
| Sick Leave | .00 | .00 | COPE/PEOPLE | .00 | .00 |
| Total Gross | 435.42 | 5712.48 | Initiation | .00 | .00 |
| Net Pay | 345.37 | 4707.52 | Other Insurance | .00 | .00 |
| Sick Leave | Avail | Paid | Total Deductions | 90.05 | 1004.96 |
| Fiscal Year 2018-2019 | 00:00 | 00:00 | | | |

* Includes Overtime Hours at regular rate.