| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Randolph R Ramirez, Esq.<br>RANDOLPH ROGER RAMIREZ, PC<br>1613 Chelsea Road No186<br>San Marino, CA 91108<br>Tel.:626.765.5411<br>Fax 626.784.0480<br>297928<br>lawrrr@me.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Rose R. Ramirez | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION ||
|---|---|
| In re:<br><br>ROSE R RAMIREZ<br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-19952-NB<br>CHAPTER: 13<br><br>AMENDED<br>MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

1. The debtor(s) hereby moves this court for an order to commence the Loan Modification Management Program ("LMM") with respect to real property located at (*address of property*) 108 Prairie Drive, San Dimas, CA 91773 ("Real Property") on the grounds set forth below:

2. The creditor with a secured claim on the Real Property is Well Fargo Bank, N.A. and [(is) / is not] registered on the Portal.

3. The creditor is the holder of a [(first) / second / third] deed of trust on the Real Property.

4. A completed and executed *Certification of LMM Eligibility and Readiness* (Form LMM 4001-1.6.CERT.ELIG.READ) and a proposed *Order Granting/Denying Motion to Commence Loan Modification Management Program* (Form LMM 4001-1.6.ORDER.LMM) are attached to this Motion.

5. Any response to the Motion and request for hearing must filed within fourteen (14) days of service of the Notice of Motion and Motion.

WHEREFORE, debtor(s) prays that this court issue an order authorizing the commencement of the LMM.

Date: 09/24/2018

Respectfully submitted,

RANDOLPH ROGER RAMIREZ PC
Printed name of law firm

_____
Signature

Rose R. Ramirez, Debtor
Printed name of Debtor/trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1613 Chelsea Road No.186, San Marino, CA 91108

**AMENDED**

A true and correct copy of the foregoing document entitled: **MOTION TO COMMENCE LOAN MODIFICATION MANAGEMENT PROGRAM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **09/24/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Kathy Dockery,Trustee (TR) - Efiling@LATrustee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **09/24/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

USBC, Attn: Judge Neil Bason, 255 E. Temple Street, Suite 1552 / Ctrm 1545, Los Angeles, CA 90012
Wells Fargo Bank, P.O. Box, 51166, Los Angeles, CA 90051
Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335
Chase, Attn: Customer Service Research, Mal Code: 0H4-7302, PO BOX 24696, Columbus, OH 43224-0696

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2018 | R. Ramirez | | |
|---|---|---|---|
| Date | Printed Name | | Signature |

# To Be Filed With Motion to the Court



# Certification of Document Preparation

This *Certification of Document Preparation* shall confirm that the following borrower has successfully completed docUmods:

- **Borrower Name:** Rose R Ramirez
- **Mailing Address:** 108 Prairie Drive, San Dimas, California 91773
- **Property Address:** 108 Prairie Drive, San Dimas, California 91773
- **Bankruptcy Jurisdiction:** California - Central - Los Angeles
- **Bankruptcy Case No.:** 2:18-bk-19952-NB
- **Mortgage Servicer:** Wells Fargo Home Mortgage / America's Servicing Company
- **Mortgage Loan No.:** 0482587672
- **Invoice No.:** DOCUMODS090620180025

Please be sure to sign and date all forms and gather all supporting documents.

Sincerely,

Default Mitigation Management LLC

**CERTIFICATION OF LOAN MODIFICATION MANAGEMENT ELIGIBILITY AND READINESS**

**CERTIFICATION OF THE DEBTOR(S)**

[I <u>Rose Ramirez</u> am / We ----------------------------- and -----------------------------
are] the [debtor / debtors] in this case and hereby certify that:

1. [I / We] will participate in the court's *Loan Modification Management Program* ("LMM") in good faith.

2. [I / We] understand and agree to the ongoing obligation to promptly provide information and documentation that may be reasonably requested by the creditor whose secured claim [I / We] seek to modify (the "Creditor") during the LMM process.

3. [I / We] will make (or cause to be made) adequate protection payments to the Creditor in the amount of $<u>1,709.03</u> each month during the LMM period, unless and until otherwise ordered by the court.

4. [I / We] understand that commencing the LMM is voluntary, and that [I am / we are] not required to enter into any agreement or settlement with any other party, and no other party is required to enter into any agreement or settlement with [me / us] as part of the LMM.

5. [I / We] understand that [I am / we are] not required to request dismissal of this case as part of any resolution or settlement that is offered or agreed to during the LMM.

6. [I / We] understand that if [I / we] do not fully comply with the requirements of the LMM, our participation in the LMM may be terminated.

7. [I / We] have completed the Document Preparation Software and have paid the non-refundable fee directly to the Document Preparation Software approved vendor. [My / Our] Initial LMM Package has been completed and ready for signature and submission. Attached is the Certification of Document Preparation [I / we] received upon completion of the Document Preparation Software.

8. [I / We] understand and agree that upon issuance of an order approving this Motion, [I / we] will be required to pay (i) a non-refundable portal fee directly to the approved Portal vendor, and (ii) $300 to the Program Manager (representing one half of the Program Manager fee).

9. Prior to filing the Motion for Loan Modification Management, [I / we] determined that: (select one)

    [X] the Creditor is already registered with approved Portal.

    [ ] the Creditor is not registered with the approved Portal. [I / We] request the Court require the Creditor (and the Creditor's California counsel, if applicable), within ten (10) days after the entry of an order approving this Motion, to register with the Portal and provide Creditor's most current Initial LMM Package to the Program Manager, who will promptly post same on the Portal.

Date: <u>09/12/2018</u>                            /s/ Rose Ramirez
                                                  Debtor

Date: _____                      _____
                                                  Joint Debtor (if any)

LMM 4001-1.6.CERT.ELIG.READ